**Kelvin Ray LOVE, Appellant,**

**v.**

**L. ANDREWS, Accountant Tech., East Arkansas Regional Unit, ADC, Appellee.**

**No. 01–1269.**

United States Court of Appeals, Eighth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Arkansas prisoner Kelvin Love appeals from the district court's[1] 28 U.S.C. § 1915A(b)(1) dismissal of his 42 U.S.C. § 1983 complaint. Love argues the district court erred when it dismissed his complaint without issuing a summons and allowing him to amend his complaint after he had paid the initial partial filing fee. However, the district court may at any time dismiss a case for failure to state a claim, "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid" *see* 28 U.S.C. § 1915(e)(2), and need not allow a prisoner to amend his complaint prior to dismissal, *see Christiansen v. Clarke,* 147 F.3d 655, 658 (8th Cir.), *cert. denied,* 525 U.S. 1023, 119 S.Ct. 554, 142 L.Ed.2d 461 (1998). Upon de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we agree that Love's complaint failed to allege a constitutional violation.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.